Mark G. Kisicki, CA SBN 150057
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602.778.3700
Fax:  602.778.3750
Mark.Kisicki@ogletreedeakins.com

Owen Dallmeyer
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower
One Market Plaza, Suite 1300
San Francisco, CA 94105
Telephone: 415-442-4810
Fax: 415-442-4870
Owen.Dallmeyer@ogletreedeakins.com

Attorney for Defendants Allied Waste Systems, Inc. and Republic Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ISLAS, an individual,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ALLIED WASTE SYSTEMS, INC.; REPUBLIC SERVICES, INC.; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No.  3:14-cv-04867 ~~EDL~~ TEH<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Action Filed:　November 3, 2014<br>Trial Date:　　None Set |

1   IT IS HEREBY ORDERED that Mark G. Kisicki, counsel for Defendants Allied
2 Waste Systems, Inc. and Republic Services, Inc., may appear telephonically at the Case
3 Management Conference in this matter scheduled for Monday, February 9, 2015, at 1:30
4 PM in Courtroom 12 of the above-entitled Court.  Mark Kisicki should call 415-522-▮
5 at 1:45 PM as there is one other Case Management Conference set before this one.
6   IT IS SO ORDERED.

8   DATED: 02/05/2015           By: _____
9                                    Honorable
                                     Senior                         District Court
10                                   for the                        rnia

                                     Judge Thelton E. Henderson

15                                                                  20236045.1

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY
AT CASE MANAGEMENT CONFERENCE
Case No.  3:14-cv-04867-EDL
2