Michael H. Kim, Esq. (SBN 200792)
MICHAEL H. KIM, P.C.
475 El Camino Real, Suite 309
Millbrae, CA 94030
Telephone: 650.697.8899
Fax: 650.697.8896
mkim@mhklawyers.com

Attorney for Plaintiff Jose Islas

Mark G. Kisicki, CA SBN 150057
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602.778.3700
Fax:  602.778.3750
Mark.Kisicki@ogletreedeakins.com

Attorney for Defendants Allied Waste Systems, Inc. and Republic Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ISLAS, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>ALLIED WASTE SYSTEMS, INC.; REPUBLIC SERVICES, INC.; and DOES 1 through 100,<br><br>            Defendants. | Case No.  3:14-cv-04867-TEH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:      November 3, 2014<br>Trial Date:         None Set |

1  Based upon the parties' Stipulation, and good cause otherwise appearing, this action
2  is dismissed with prejudice and the parties shall bear their own legal fees and costs.

6  DATED: 05/20/2015           By: _____
7                                  Honorable
                                   Senior *[signature: Thelton E. Henderson]* District Court
8                                  for the Northern District of California
                                   Judge Thelton E. Henderson

21266252.1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. 3:14-cv-04867-TEH
2